Westinghouse, Church, Kerr & Company, Respondent, v. John L. de Saulles, Appellant, Impleaded with Nassau Hotel Company and Others, Defendants.— Interlocutory judgment affirmed, with costs and disbursements, with leave to the appellant to withdraw his demurrer and answer within twenty days on payment of costs. No opinion. Hirschberg, Burr, Thomas, Carr and Rich, JJ., concurred.